Paul Moradian (State Bar # 276952)
MORADIAN LAW
10680 West Pico Boulevard #300
Los Angeles, California 90064
Telephone:  (310) 234-2626
Facsimile:   (310) 388-0326
E-mail:       p@moradianlaw.com

JS6

*Attorneys for Plaintiff Alpine Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPINE CORPORATION, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIANHUI GUO, an individual also known as GEOFFREY GUO; QUANZHOU MR. GARDEN CRAFTS CO., LTD., a business entity organized under the laws of the People's Republic of China; WORLD DEPOT INC., a California corporation; and DOE 1 through DOE 10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-2224-RGK-JEM<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISAL AND NOTICE OF VOLUNTARY DISMISAL  [22]<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i) & Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Based on the stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure between Plaintiff Alpine Corporation ("Plaintiff") and Defendant World Depot Inc. ("WDI"), and the notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii), this action is dismissed in its entirety, *with prejudice* as to *WDI only*, with each party to bear its own costs and attorney fees, and *without prejudice* as to all other defendants.

　　IT IS SO ORDERED.

Dated:  June 17, 2022　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　　　　R. Gary Klausner
　　　　　　　　　　　　　　　　　　　　United States District Court Judge